WRIGHT MFG. CO., Respondent, v. TENDLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by the Wright Manufacturing Company against Morris Tendler and another.

PER CURIAM. Order modified on argument, so as to strike therefrom the provision that restrains the defendants from "in any way dealing with, or selling to, or attempting to sell, canvass, or solicit sales from, the plaintiff's customers, or in any way or manner interfering with the good will of the plaintiff's business," and, as so modified, affirmed, without costs. Settle order before Mr. Justice Stapleton.

YGLESIAS et al., Respondents, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Luis F. Yglesias and others against James L. O'Connor. G. Link, Jr., of New York City, for appellant. M. G. Holstein, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ZERITT, Appellant, v. ATLANTIC, G. & P. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Alexander M. Zeritt against the Atlantic, Gulf & Pacific Company.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, J., dissents.